

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-22-00165-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Following a March 15, 2022, hearing, the trial court signed an order entitled "Benchmark Hearing After Final Order" (the "March 15 order").

On March 21, 2022, the Relator filed a petition for writ of mandamus complaining of the March 15 order. Relator also filed a motion asking this Court to stay: the March 15 order, "further orders regarding the creation of contracts or the payment of funds regarding this child's placement and services," and "any contempt proceedings, sanctions, or any enforcement of the March 15, 2022, order."

Given the time constraints, the Relator has not been able to obtain a transcript of the hearing. We ORDER Relator to file, **no later than April 1, 2022**, a transcript of the March 15, 2022, hearing.

We GRANT the motion for temporary emergency relief as follows:

1.      The trial court's "Benchmark Hearing After Final Order" rendered on March 15, 2022 and signed on March 17, 2022 is STAYED pending further order of this Court.

2.      Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement and services are STAYED pending further order of this Court.

---

[1] This proceeding arises out of Cause No. 2020-PA-00945, styled *In The Interest of K.S.R.C., A Child*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

3. Any contempt proceedings, sanctions, or any enforcement of the "Benchmark Hearing After Final Order" are STAYED pending further order of this Court.

It is so **ORDERED** on March 22, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court